Richard Erin Gray Senior
101 Oklahoma Avenue
Warner Robins Georgia

6.26.16

① of 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Sir Richard Erin Gray Senior
                    Plaintiff
        versus

Devon Anderson et al
                    Defendants

3:16cv550 WHB-JCA

## INTRODUCTION OF LAWSUIT

Here Ye Here Ye, HERE COMES NOW, Plaintiff to introduce the following Defendants who have perpetuated serious and grave crimes upon the Plaintiff, whom attempted small business, employment, and his best attempt to start and raise a family in peace and prosperity in the land. Plaintiff has lost his wife as a result of Defendants actions and the mother to his son gone wayward.

Defendants: Devon Anderson District Attorney at 1201 Franklin Street suite 600 Houston Texas 77002

Defendant State of Texas

Defendant Harris County

(2) of 6

Defendant City of Houston

Defendant Harris County Deputies Organization Inc.
   Registered office: 5005 Westheimer Road suite 105 Houston Texas 77056-5513
   Registered agent: Joshua Normand

Defendant Houston Police Officers Union
   Registered office: 206 E. 9th Street suite 1300 Austin Texas 78701
   Registered agent: Capitol Corporate Services Inc

Defendant Houston Police Foundation
   Registered office 1221 McKinney Suite 2100 Houston Texas 77010
   Registered agent William A Nelson

Defendant Metro Police Officers Association
   Registered office 3605 Katy Freeway Suite 210 Houston Texas 77007
   Registered agent Douglas H Carr

Defendant Angelridge Apartments at 2600 Sterlingshire Road Houston Texas 77078

CAM Group LLC
2600 AR LLC

(4) of 6

Defendant Cranbrook Owner at 14335 Ella Boulevard Houston Texas 14335 Ella Boulevard 77014

Defendant Candice Guessnier at Aramark at NRG Park

Defendant NRG Park at 1 NRG Parkway Houston Texas 77054

Defendant Harris County Sheriffs Department
49 San Jacinto Street Houston Texas 77002

Defendant D M Kern at Harris County Sheriffs Department

Defendant Mental Health and Mental Retardation Authority now
The Harris Center for Mental Health and IDD
9401 Southwest Freeway Houston Texas 77074

Defendant One Call Solutions at City of Houston

Defendant Joseph & Aleyuna Manjos at 6828 Statfordshire Street Houston Texas 77030 for inmates at 4417 Fannin Street Houston Texas 77004.

The Defendants have committed the following crimes against Plaintiff and society at large.

⑤ of 6

| | | | | |
|---|---|---|---|---|
| 18 USC § 3 | 18 USC § 913 | 18 USC § 1342 | 18 USC § 1654 | 12 USC § 1709-2 |
| 18 USC § 4 | 18 USC § 914 | 18 USC § 1343 | 18 USC § 1658 | 15 USC § 78r |
| 18 USC § 113 | 18 USC § 1001 | 18 USC § 1344 | 18 USC § 1656 | 15 USC § 78t |
| 18 USC § 152 | 18 USC § 1002 | 18 USC § 1347 | 18 USC § 1659 | 17 USC § 501 |
| 18 USC § 241 | 18 USC § 1003 | 18 USC § 1348 | 18 USC § 1660 | |
| 18 USC § 247 | 18 USC § 1014 | 18 USC § 1349 | 18 USC § 1661 | |
| 18 USC § 373 | 18 USC § 1028 | 18 USC § 1351 | 18 USC § 1951 | |
| 18 USC § 645 | 18 USC § 1028A | 18 USC § 1581 | 18 USC § 1956 | |
| 18 USC § 872 | 18 USC § 1029 | 18 USC § 1583 | 18 USC § 1959 | |
| 18 USC § 880 | 18 USC § 1030 | 18 USC § 1585 | ~~[scribbled out]~~ | |
| 18 USC § 892 | 18 USC § 1031 | 18 USC § 1587 | 18 USC § 2111 | |
| 18 USC § 893 | 18 USC § 1033 | 18 USC § 1590 | 18 USC § 2236 | |
| 18 USC § 894 | 18 USC § 1035 | 18 USC § 1651 | 1st Amendment | |
| 18 USC § 911 | 18 USC § 1341 | 18 USC § 1652 | 4th Amendment | |
| 18 USC § 912 | 18 USC § 1091 | 18 USC § 1653 | | |

5th Amendment, 8th Amendment, Libel, Slander. and 5 USCS 552a

WHEREFORE, Plaintiff demands actual and compensatory damages of loss of livelyhood, business, and right to work in Texas and family broken of $478,500 and punitive damages of $1.7 million land, chattels and any other stolen or held merchandise in Plaintiff's name or social security number or variation of to be paid by defendants jointly and severally. In addition copyrights of Defendants and any other just and equitable compensation Court deemed equitable. Sic semper tyrannis.

In addition $5,000 for filing and discovery of suit.

Statement of Claim to Follow